Rina Pederson v. Howard J. Schellenberg.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

J. Stuart Sneddon v. John B. Payne, Director-General, Impleaded.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Hygrade Knitting Co., Inc., v. Harry Lisberg and Others.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The Public National Bank of New York v. Mortimer H. Reiss.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York ex rel. Rudolph Zinsser v. Gertrude B. Zinsser.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

William Siegel v. Spear & Company.—Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Equitable Trust Co. of New York v. Charles A. Keene.— Motion for reargument denied; motion for leave to appeal granted and question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Littlejohn & Bull, Inc., v. Siegfried Deutsch and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Mary Dunbar v. Victor E. Gartz.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

American Security and Trust Company, as Administrator d. b. n., v. Louis L. Driggs.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

David Ganeles v. Morris Newman and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

John Wegmann v. The City of New York and Others.— Motion for reargument denied; motion for leave to appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of Melrose Avenue.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

George W. Kyle v. Gerseta Corporation.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Sallie S. Brown v. The Cleveland Trust Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Richard Cronin v. Cabot Real Estate Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of Builders Supply Bureau.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.